UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VOLKAN AKKURT,

                         Plaintiff,                        **ORDER**
                                                               CV 06-5575 (JFB) (ARL)

       -against-

HARTFORD LIFE INSURANCE CO.,

                         Defendant.
--------------------------------------------------------X

LINDSAY, Magistrate Judge:

      By letter dated March 2, 2007, the *pro se* plaintiff, Volkan Akkurt, informs the court that the defendant, Hartford Life Insurance Company, is not cooperating "on the issue of getting 'discovery' completed." The letter does not reflect that it has been served on the defendant.

      As a threshold matter, correspondence to the court must been served on all parties and reflect that such service has been made. See Individual Practices of Magistrate Judge Lindsay, Rule (I)(A). In the future, submissions will be rejected if they do not comply with this rule. With regard to the discovery issue raised by the plaintiff, Federal Rule of Civil Procedure 26(a)(1) requires that automatic disclosures are to be provided at or within 14 days after the initial conference. Accordingly, because the initial conference in this case is scheduled for **March 28, 2007** at **2:00 p.m.,** the automatic disclosures are not yet due. See Order, dated February 16, 2007.

      The parties are reminded of the obligation to consult with each other in advance of the initial conference on such matters as the time needed to complete discovery, prospective motions and the prospect of settlement.

Dated: Central Islip, New York                      **SO ORDERED:**
       March 12, 2007

                                                         _____/s/_____
                                                         ARLENE ROSARIO LINDSAY
                                                         United States Magistrate Judge